AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

FILED 07 NOV 20 PM 4:41
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

BRIDGEPOINT EDUCATION, INC.

Plaintiff,

v.

PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive,

Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

'07 CV 2222 J (BLM)

TO: (Name and address of Defendant)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

(858) 720-8900

Amar L. Thakur, Cal. Bar No. 194025
Jon E. Maki, Cal. Bar No. 199958
Crystina Coats, Cal. Bar No. 234301
Sheppard Mullin Richter & Hampton LLC
12275 El Camino Real, Suite 200
San Diego, CA 92130

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

NOV 20 2007

CLERK        DATE

P. DELA CRUZ

(By) DEPUTY CLERK

W02-WEST:6JEM1\400525159.1

-1-