1  Mark T. Drooks - State Bar No. 123561
   BIRD, MARELLA, BOXER, WOLPERT,
2      NESSIM, DROOKS & LINCENBERG, P.C.
   1875 Century Park East, 23rd Floor
3  Los Angeles, California 90067-2561
   Telephone: (310) 201-2100
4  Facsimile: (310) 201-2110

5  Attorneys for Defendant Professional Career
   Development Institute, LLC

6

7

8                  **UNITED STATES DISTRICT COURT**

9                **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | BRIDGEPOINT EDUCATION, INC.,          | CASE NO. 07 CV 2222 J (BLM)

12 |              Plaintiff,               | **JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

13 |      vs.

14 | PROFESSIONAL CAREER
   | DEVELOPMENT INSTITUTE, LLC, and
15 | DOES 1-10, inclusive,

16 |              Defendant.

17

18      Whereas:

19      1.    Defendant Professional Career Development Institute, LLC ("PCDI") was

20 served with the Complaint in this action on or about November 21, 2007;

21      2.    PCDI is located outside of the State of California, does not regularly retain

22 counsel in the state who could represent PCDI in this action and required time to identify

23 and retain counsel after having been served with the Complaint;

24      3.    PCDI has requested that plaintiff Bridgeport Education, Inc., consent to an

25 additional 30 days for PCDI to answer or otherwise respond to the Complaint;

26      4.    Plaintiff has consented to such a continuance;

27

28

1      NOW, THEREFORE, the parties jointly move for an order that defendant PCDI

2  will have up to and including January 10, 2008 to answer or move in response to plaintiff's

3  complaint.

4

5  DATED: December 11, 2007        Mark T. Drooks
                                  BIRD, MARELLA, BOXER, WOLPERT,

6                                    NESSIM, DROOKS & LINCENBERG, P.C.

7

8                         By: _____

9                                 Mark T. Drooks
                                  Attorneys for Defendant Professional Career

10                                Development Institute, LLC

11

12  DATED: December 11, 2007        Amar Thakur

13                                    Jon E. Maki
                                    Crystina Coats

14                                  SHEPPARD, MULLIN, RICHTER &
                                    HAMPTON LLP

15

16

17                       By:        s/Jon E. Maki
                                    Jon E. Maki

18                                  Attorneys for Plaintiff Bridgepoint Education, Inc.
                                  jmaki@sheppardmullin.com

19

20

21

22

23

24

25

26

27

28