| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 858 720-8900 | FOR COURT USE ONLY |
|---|---|---|
| Amar L. Thakur (SBN 194025)<br>Sheppard, Mullin, Richter & Hampton LLP<br>12275 El Camino Real, Suite 200<br>San Diego, CA 92130 | | |
| ATTORNEY FOR (NAME): Plaintiffs | Ref. No. or File No.<br>05RA-133552 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101

PLAINTIFF:
BRIDGEPOINT EDUCATION, INC.

DEFENDANT
PROFESSIONAL CARRER DEVELOPMENT INSTITUTE, LLC, et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>07CV 2222 J (BLM) |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SUMMONS IN A CIVIL ACTION; CIVIL CASE COVER SHEET; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: (1) FEDERAL TRADEMARK INFRINGEMENT[15 U.S.C 1114(1)] (2) FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN [15 U.S.C 1125]; AND (3) UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN [CALIFORNIA BUSINESS & PROFESSIONS CODE 17200 AND 17500]. REQUEST FOR JURY TRIAL

ON: Professional Carrer Development Institute, LLC., et al.
AT: 200 Galleria Pkwy, Ste. 150
    Atlanta GA 30339

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 11/21/2007 2:45:00 PM
PERSON SERVED: James P. Kelly - Authorized Agent

FEE FOR SERVICE: $166.00

Not a Registered California Process Server
County: Atlanta Georgia
**Registration No.**
American Messenger Service, Inc.
2870 4th Avenue, Suite 102
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, November 26, 2007**

Signature: *Patrick Owiredu*

Patrick Owiredu

PROOF OF SERVICE                                                150806