# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive, <br><br> Defendant. | Civil No. 07cv2222 J (BLM) <br><br> **ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

It is hereby **ORDERED** that Defendant Professional Career Development Institute, LLC shall have an extension of time to January 10, 2008 to file a response to Plaintiff Bridgeport Education, Inc.'s Complaint.

**IT IS SO ORDERED**.

DATED: December 14, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Majors
　　All Counsel of Record

07CV2222 J (BLM)