UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BRIDGEPOINT EDUCATION, INC., )
)
　　　　Plaintiff )
) Case No. 3:07-cv-2222-IEG (BLM)
vs. )
) PRO HAC VICE APPLICATION
PROFESSIONAL CAREER )
DEVELOPMENT INSTITUTE, LLC, et al., ) Defendant PCDI
　　　　Defendant ) ─────────────────
) Party Represented

I, Sarah M. Shalf _____ hereby petition the above entitled court to permit me
　　　(Applicant)
to appear and participate in this case and in support of petition state:

My firm name:     Bondurant, Mixson & Elmore, LLP
Street address:   1201 West Peachtree Street, N.W., Suite 3900
City, State, ZIP: Atlanta, Georgia 30309
Phone number:     (404) 881-4100

That on April 29, 2002  I was admitted to practice before Georgia Supreme Court
　　　　(Date)                                              (Name of Court)
and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐have) ☒have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application     ☐ granted     ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Mark T. Drooks                              (310) 201-2100
(Name)                                      (Telephone)
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, P.C.
(Firm)
1875 Century Park East, 23rd Floor    Los Angeles            90067-2561
(Street)                              (City)                 (Zip code)

_____
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



Date 1/9/08
It is so ordered,

_____

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application , and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**   $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561.

On January 7, 2008, I served the following document(s) described as **PRO HAC VICE APPLICATION** on the interested parties in this action as follows:

**BY MAIL:** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own personal knowledge.

Executed on January 7, 2008, at Los Angeles, California.

_Lisa A. Kampff_
Lisa Kampff

**SERVICE LIST**
**Bridgepoint Education, Inc. v. Professional Career Development Institute**
Case No. 07 CV 2222 IEG (BLM)

| | |
|---|---|
| John E. Floyd<br>Sarah M. Shalf<br>Bondurant, Mixson & Elmore, LLP<br>1201 W. Peachtree St. NW<br>Atlanta, GA 30309<br>Telephone: (404) 881-4100<br>Facsimile: (404) 881-4111<br>**Counsel for Defendant Professional Career Development Institute, LLC** | James P. Kelly, Esq.<br>Kelly Law Firm, P.C.<br>200 Galleria Pargtrkway, Suite 1510<br>Atlanta, GA 30339<br>Telephone: (770) 955-2770<br>Facsimile: (770) 859-0831<br>**Counsel for Defendant Professional Career Development Institute, LLC** |

Jon E. Maki
Amar L. Thakur
Crystina Coats
Sheppard Mullin Richter & Hampton
12275 El Camino Real
Suite 200
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
**Counsel for Plaintiff Bridgepoint Education, Inc.**