1  John E. Floyd (*pro hac vice*)
Sarah M. Shalf (*pro hac vice*)
2  BONDURANT, MIXON & ELMORE, LLP
1201 West Peachtree Street, N.W.
3  Suite 3900 One Atlantic Center
Atlanta, Georgia  30309-3417
4  Telephone:  (404) 881-4100
Facsimile:  (404) 881-4111
5
Mark T. Drooks - State Bar No. 123561
6  BIRD, MARELLA, BOXER, WOLPERT,
    NESSIM, DROOKS & LINCENBERG, P.C.
7  1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
8  Telephone: (310) 201-2100
Facsimile: (310) 201-2110
9
James P. Kelly (*pro hac vice*)
10  KELLY LAW FIRM, P.C.
200 Galleria Parkway, Suite 1510
11  Atlanta, Georgia  30339
Telephone:  (770) 955-2770
12  Facsimile:  (770) 859-0831
13  Attorneys for Defendant and Counter-
Claimant Professional Career Development
14  Institute, LLC
15
16                    **UNITED STATES DISTRICT COURT**
17                    **SOUTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19  BRIDGEPOINT EDUCATION, INC., | CASE NO. 07 CV 222 IEG (BLM) |
| 20       Plaintiff, | **NOTICE OF PARTIES WITH FINANCIAL INTEREST** |
| 21       vs. | |
| 22  PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and | |
| 23  DOES 1-10, inclusive, | |
| 24       Defendant. | |
| 25 | |
| 26  *see next page for continued caption* | |

27
28

243735.1                                     1                          07 CV 222 IEG (BLM)
NOTICE OF PARTIES WITH FINANCIAL INTEREST

PROFESSIONAL CAREER
DEVELOPMENT INSTITUTE, LLC,

   Counter-Claimant,

  v.

BRIDGEPOINT EDUCATION, INC.,

   Counter-Defendant.

  The undersigned, counsel or record for defendant and counter-claimant certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

  Plaintiff and Counter-Defendant:  Bridgepoint Education, Inc., a corporation duly organized and existing under the laws of the State of Delaware with its principal place of business at 13500 Evening Creek Drive, Suite 600, San Diego, CA  92128.

  Defendant and Counter-Claimant:  Professional Career Development Institute, LLC, is a limited liability corporation duly organized and existing under the laws of the State of Georgia, with its principal place of business in Georgia.

DATED: January 11, 2008   John E. Floyd (*pro hac vice*)
           Sarah M. Shalf (*pro hac vice*)
           BONDURANT, MIXON & ELMORE, LLP

           Mark T. Drooks
           BIRD, MARELLA, BOXER, WOLPERT,
            NESSIM, DROOKS & LINCENBERG, P.C.

           James P. Kelly (*pro hac vice*)
           KELLY LAW FIRM, P.C.

          By:  s/Mark T. Drooks
             Mark T. Drooks
          Attorneys for Defendant and Counter-Claimant
          Professional Career Development Institute, LLC