1  John E. Floyd (*pro hac vice*)
   Sarah M. Shalf (*pro hac*)
2  BONDURANT, MIXON & ELMORE, LLP
   1201 West Peachtree Street, N.W.
3  Suite 3900 One Atlantic Center
   Atlanta, Georgia 30309-3417
4  Telephone: (404) 881-4100
   Facsimile: (404) 881-4111
5
   Mark T. Drooks - State Bar No. 123561
6  BIRD, MARELLA, BOXER, WOLPERT,
     NESSIM, DROOKS & LINCENBERG, P.C.
7  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
8  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
9
   James P. Kelly (*pro hac vice*)
10 KELLY LAW FIRM, P.C.
   200 Galleria Parkway, Suite 1510
11 Atlanta, Georgia 30339
   Telephone: (770) 955-2770
12 Facsimile: (770) 859-0831

13 Attorneys for Defendant and Counter-Claimant
   Professional Career Development Institute, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., | CASE NO. 07 CV 2222 IEG (BLM) |
| Plaintiff, | **CERTIFICATION OF SERVICE** |
| vs. | |
| PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive, | |
| Defendant. | |

*see next page for continued caption*

PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC,

    Counter-Claimant,

v.

BRIDGEPOINT EDUCATION, INC.,

    Counter-Defendant.

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561.

On January 11, 2008, I served the following document(s) described as **NOTICE OF PARTIES WITH FINANCIAL INTEREST** on the interested parties in this action as follows:

**BY MAIL:** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**BY ELECTRONIC MAIL:** By emailing a true copy thereof to the email addresses listed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own personal knowledge.

Executed on January 11, 2008, at Los Angeles, California.

*/s/ Lisa A. Kampff*
Lisa Kampff

# SERVICE LIST
**Bridgepoint Education, Inc. v. Professional Career Development Institute**
**Case No. 07 CV 2222 IEG (BLM)**

| | |
|---|---|
| John E. Floyd  *Via U.S. Mail*<br>Sarah M. Shalf<br>Bondurant, Mixson & Elmore, LLP<br>1201 W. Peachtree St. NW<br>Atlanta, GA  30309<br>Telephone: (404) 881-4100<br>Facsimile: (404) 881-4111<br>Email: Floyd@bmelaw.com<br>Email: shalf@bmelaw.com<br>**Counsel for Defendant and Counter-Claimant Professional Career Development Institute, LLC** | James P. Kelly, Esq.  *Via U.S. Mail*<br>Kelly Law Firm, P.C.<br>200 Galleria Pargtrkway, Suite 1510<br>Atlanta, GA  30339<br>Telephone: (770) 955-2770<br>Facsimile: (770) 859-0831<br>Email: jpk@kellylawfirm.com<br>**Counsel for Defendant and Counter-Claimant Professional Career Development Institute, LLC** |

Jon E. Maki  *Via Email*
Sheppard Mullin Richter & Hampton
12275 El Camino Real
Suite 200
San Diego, CA  92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
Email: jmaki@sheppardmullin.com

**Counsel for Plaintiff and Counter-Defendant Bridgepoint Education, Inc.**