John E. Floyd (*pro hac vice*)
Sarah M. Shalf (*pro hac vice*)
BONDURANT, MIXON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900 One Atlantic Center
Atlanta, Georgia 30309-3417
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Mark T. Drooks - State Bar No. 123561
BIRD, MARELLA, BOXER, WOLPERT,
   NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

James P. Kelly (*pro hac vice*)
KELLY LAW FIRM, P.C.
200 Galleria Parkway, Suite 1510
Atlanta, Georgia 30339
Telephone: (770) 955-2770
Facsimile: (770) 859-0831

Attorneys for Defendant and Counter-Claimant Professional Career Development Institute, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., <br><br>  Plaintiff, <br><br>  vs. <br><br> PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive, <br><br>  Defendant. | CASE NO. 07 CV 2222 IEG (BLM) <br><br> **DEFENDANT AND COUNTER-CLAIMANT PROFESSIONAL CAREER DEVELOPMENT, LLC'S DEMAND FOR JURY TRIAL** |

*see next page for continued caption*

243765.1

1    07 CV 222 IEG (BLM)

DEFENDANT AND COUNTER-CLAIMANT PROFESSIONAL CAREER DEVELOPMENT LLC'S DEMAND FOR JURY TRIAL

PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC,

   Counter-Claimant,

 v.

BRIDGEPOINT EDUCATION, INC.,

   Counter-Defendant.

  Pursuant to Federal Rules of Civil Procedure 38 and Local Rules 38-1, defendant and counter-claimant Professional Career Development Institute, LLC hereby demands a jury trial on all claims and issues in this action.

DATED: January 14, 2008   John E. Floyd (*pro hac vice*)
             Sarah M. Shalf (*pro hac vice*)
             BONDURANT, MIXON & ELMORE, LLP

             Mark T. Drooks
             BIRD, MARELLA, BOXER, WOLPERT,
              NESSIM, DROOKS & LINCENBERG, P.C.

             James P. Kelly (*pro hac vice*)
             KELLY LAW FIRM, P.C


           By: s/Mark T. Drooks
             Mark T. Drooks
           Attorneys for Defendant and Counter-Claimant
           Professional Career Development Institute, LLC

243765.1          2         07 CV 222 IEG (BLM)

DEFENDANT AND COUNTER-CLAIMANT PROFESSIONAL CAREER DEVELOPMENT LLC'S DEMAND FOR JURY TRIAL