John E. Floyd (*pro hac vice*)
Sarah M. Shalf (*pro hac*)
BONDURANT, MIXON & ELMORE, LLP
1201 West Peachtree Street, N.W.
Suite 3900 One Atlantic Center
Atlanta, Georgia 30309-3417
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

Mark T. Drooks - State Bar No. 123561
BIRD, MARELLA, BOXER, WOLPERT,
   NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

James P. Kelly (*pro hac vice*)
KELLY LAW FIRM, P.C.
200 Galleria Parkway, Suite 1510
Atlanta, Georgia 30339
Telephone: (770) 955-2770
Facsimile: (770) 859-0831

Attorneys for Defendant and Counter-Claimant
Professional Career Development Institute, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive, <br><br> Defendant. | CASE NO. 07 CV 2222 IEG (BLM) <br><br> **CERTIFICATE OF SERVICE** |

*see next page for continued caption*

|   |   |
|---|---|
| 1 | PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, |
| 2 | |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | BRIDGEPOINT EDUCATION, INC., |
| 6 | Counter-Defendant. |

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561.

On January 14, 2008, I served the following document(s) described as **DEFENDANT AND COUNTER-CLAIMANT PROFESSIONAL CAREER DEVELOPMENT, LLC'S DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

**BY MAIL:** By placing a true copy thereof in sealed envelopes addressed to the parties listed on the attached Service List and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**BY ELECTRONIC MAIL:** By emailing a true copy thereof to the email addresses listed on the attached service list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own personal knowledge.

Executed on January 14, 2008, at Los Angeles, California.

*/s/ Lisa A. Kampff*
Lisa Kampff

## SERVICE LIST
### Bridgepoint Education, Inc. v. Professional Career Development Institute
### Case No. 07 CV 2222 IEG (BLM)

| | |
|---|---|
| John E. Floyd  *Via U.S. Mail*<br>Sarah M. Shalf<br>Bondurant, Mixson & Elmore, LLP<br>1201 W. Peachtree St. NW<br>Atlanta, GA 30309<br>Telephone: (404) 881-4100<br>Facsimile: (404) 881-4111<br>Email: Floyd@bmelaw.com<br>Email: shalf@bmelaw.com<br>**Counsel for Defendant and Counter-Claimant Professional Career Development Institute, LLC** | James P. Kelly, Esq.  *Via U.S. Mail*<br>Kelly Law Firm, P.C.<br>200 Galleria Pargtrkway, Suite 1510<br>Atlanta, GA 30339<br>Telephone: (770) 955-2770<br>Facsimile: (770) 859-0831<br>Email: jpk@kellylawfirm.com<br>**Counsel for Defendant and Counter-Claimant Professional Career Development Institute, LLC** |

Jon E. Maki  *Via Email*
Sheppard Mullin Richter & Hampton
12275 El Camino Real
Suite 200
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691
Email: jmaki@sheppardmullin.com

**Counsel for Plaintiff and Counter-Defendant Bridgepoint Education, Inc.**