1  AMAR L. THAKUR, CAL. BAR NO. 194025
   JON E. MAKI, CAL. BAR NO. 199958
2  NICOLE M. LEE, CAL. BAR NO. 222344
   CRYSTINA COATS, CAL BAR NO. 234301
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
4  Including Professional Corporations
   12275 El Camino Real, Suite 200
5  San Diego, California  92130
   Telephone:    858-720-8900
6  Facsimile:    858-509-3691
   Email: athakur@sheppardmullin.com
7          jmaki@sheppardmullin.com
           nlee@sheppardmullin.com
8          ccoats@sheppardmullin.com

9  Attorneys for Plaintiff and Counterdefendant
   Bridgepoint Education, Inc.
10

11                 UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13

| 14 | BRIDGEPOINT EDUCATION, INC., | CASE NO. 07 CV 2222 IEG (BLM) |
|---|---|---|
| 15 | Plaintiff, | **JOINT MOTION TO RE-SCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE** |
| 16 | v. | |
| 17 | PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive, | [Declaration of Jon E. Maki filed concurrently herewith and [Proposed] Order sent to efile_major@casd.uscourts.gov] |
| 18 | | |
| 19 | Defendants. | Courtroom 1, 4th Floor |
| 20 | | Honorable Irma E. Gonzalez |
| 21 | | Complaint Filed:   November 20, 2007 |
| | | Trial Date:        None set. |
| 22 | PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, | |
| 23 | | |
| 24 | Counterclaimant, | |
| 25 | v. | |
| 26 | BRIDGEPOINT EDUCATION, INC., | |
| 27 | Counterdefendant. | |
| 28 | | |

1    Pursuant to L.R. 7.2 and this Court's January 14, 2008 Notice and Order Setting
2 Early Neutral Evaluation Conference, Plaintiff and Counterdefendant Bridgepoint Education Inc.
3 ("Plaintiff" or "Bridgepoint") and Defendant and Counterclaimant Professional Career
4 Development Institute, LLC ( "PCDI" or "Defendant") hereby stipulate to and respectfully request
5 this Court to re-schedule the Early Neutral Evaluation Conference ("ENE") currently scheduled
6 for February 20, 2008 at 1:30 p.m. to a date acceptable to the Court.  The date proposed herein by
7 the parties, March 10, 2008, is the first date that the parties' principals and their respective counsel
8 are all available for an in-person ENE.

10   The parties believe that good cause exists for re-scheduling the ENE due to the
11 unavailability of Plaintiff's CEO, Mr. Andrew Clark, who has an out-of-state, pre-paid vacation
12 set for February 16-29 and, therefore, cannot appear before this Court on February 20, 2008.
13 See Declaration of Jon E. Maki in Support of Joint Motion and [Proposed] Order to Re-Schedule
14 Early Neutral Evaluation Conference ("Maki Decl."), ¶ 3.  Mr. Clark is the best representative for
15 the Plaintiff as he is fully aware of all facts involved in this litigation and has full settlement
16 authority.  See id., ¶ 3.  The parties believe it will be very beneficial towards settlement to have
17 Mr. Clark personally attend the ENE Conference, rather than a different Bridgepoint
18 representative with less knowledge and understanding of the facts and circumstances leading to
19 this litigation and counterclaims.  See id., ¶ 5.

21   Upon learning that Mr. Clark is unavailable on February 20, 2008, the parties met
22 and conferred pursuant to Local Rule 26.1 to attempt to find a mutually available date prior to
23 February 16 (due to the February 22 cut-off set by Local Rule 16.1(c) and the unavailability of Mr.
24 Clark).  See Maki Decl., ¶ 4.  Defendant's primary business attorney Mr. James Kelly, who serves
25 as PCDI's outside General Counsel and is an essential participant for PCDI, is not available from
26 February 1 through February 15, 2008.  See id., ¶ 4.  Mr. Kelly is out of the office during this time
27 on a prior commitment that could not be re-scheduled.  See id., ¶ 4.  In addition, Mr. Kelly and his
28 client's representative(s) will be traveling from Georgia for the ENE.

-2-   JOINT MOTION TO RE-SCHEDULE EARLY
NEUTRAL EVALUATION CONFERENCE
W02-WEST:6NML1\400700454.1   Case No. 07cv 2222-IEG (BLM)

1  Given Mr. Clark and Mr. Kelly's unavailability, the first day all parties' principals
2  and counsel are all available for an in-person ENE was determined to be March 10, 2008. See id.,
3  ¶ 6. Based upon the above set of facts, the parties hereby stipulate to request that the Court re-
4  schedule the Early Neutral Evaluation Conference to March 10, 2008, or as soon thereafter as the
5  Court is available, so that the Parties may each have their representatives with the most knowledge
6  regarding this matter and full settlement authority in attendance. See id., ¶ 7.

DATED: February 13, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   s/Jon E. Maki
     jmaki@sheppardmullin.com

AMAR L. THAKUR
JON E. MAKI
NICOLE M. LEE
CRYSTINA COATS

Attorneys for Plaintiff and Counterdefendant
BRIDGEPOINT EDUCATION, INC.

DATED: February 13, 2008

By   s/Sarah M. Shalf
     shalf@bmelaw.com

JOHN E. FLOYD
SARAH M. SHALF
MARK T. DROOKS
JAMES P. KELLY

Attorneys for Defendant and Counterclaimant
PROFESSIONAL CAREER DEVELOPMENT
INSTITUTE, LLC