UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | Civil No. 07cv2222-IEG(BLM) <br><br> **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On March 10, 2008 at 10:00 a.m. the Court convened an Early Neutral Evaluation Conference ("ENE") in the above-entitled action. Appearing were Jon Maki, Esq., Amar Thakur, Esq. and Andrew Clark on behalf of Plaintiff and John Floyd, Esq., Mark Drooks, Esq., Karl Freedman, Esq. and Jon Bouffler on behalf of Defendant Professional Career Development Institute, LLC.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

2. The Rule 26(f) conference shall be completed on or before **March 24, 2008**;

3. A joint discovery plan shall be <u>lodged</u> with Magistrate Judge Barbara L. Major on or before **March 31, 2008**;

4. Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall occur on or before **April 4, 2008**; and,

5. A Case Management Conference pursuant to Rule 16(b) shall be held on **April 3, 2008** at **11:00 a.m.**, or as soon thereafter as the Court's calendar will allow, with the chambers of Magistrate Judge Major. **Counsel shall appear telephonically.** The Court will initiate the conference call.

Parties are hereby warned that failure to comply with this Order may result in the imposition of sanctions. Additionally, failure to respond to discovery requests or to comply with the Federal Rules of Civil Procedure regarding discovery may result in the imposition of sanctions including monetary sanctions, evidentiary sanctions and the dismissal or default of your case.

**IT IS SO ORDERED.**

DATED: March 10, 2008

*[signature: Barbara L. Major]*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES