| | |
|---|---|
| 1 | AMAR L. THAKUR, CAL. BAR NO. 194025 |
|   | JON E. MAKI, CAL. BAR NO. 199958 |
| 2 | NICOLE M. LEE, CAL. BAR NO. 222344 |
|   | CRYSTINA COATS, CAL BAR NO. 234301 |
| 3 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | A Limited Liability Partnership |
| 4 | Including Professional Corporations |
|   | 12275 El Camino Real, Suite 200 |
| 5 | San Diego, California  92130 |
|   | Telephone:    858-720-8900 |
| 6 | Facsimile:      858-509-3691 |
|   | Email: athakur@sheppardmullin.com |
| 7 |            jmaki@sheppardmullin.com |
|   |            nlee@sheppardmullin.com |
| 8 |            ccoats@sheppardmullin.com |

Attorneys for Plaintiff and Counterdefendant
Bridgepoint Education, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., | CASE NO. 07 CV 2222 IEG (BLM) |
| Plaintiff, | **NOTICE OF APPEARANCE OF NICOLE M. LEE** |
| v. | |
| PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive, | Courtroom 1, 4th Floor<br>Honorable Irma E. Gonzalez |
| Defendants. | Complaint Filed:    November 20, 2007<br>Trial Date:             None set. |
| PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, | |
| Counterclaimant, | |
| v. | |
| BRIDGEPOINT EDUCATION, INC., | |
| Counterdefendant. | |

-1-

W02-WEST:6JEM1\400701141.1

NOTICE OF APPEARANCE OF
NICOLE M. LEE
Case No. 07cv 2222-IEG (BLM)

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nicole M. Lee (Cal. Bar No. 222344) of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111; Telephone: 415-434-9100; Facsimile: 415-434-3947; E-mail: nlee@sheppardmullin.com is additional counsel of record for Bridgepoint Education, Inc. in this action.

DATED: April 1, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    s/Jon E. Maki
jmaki@sheppardmullin.com

AMAR L. THAKUR
JON E. MAKI
NICOLE M. LEE
CRYSTINA COATS

Attorneys for Plaintiff and Counterdefendant
BRIDGEPOINT EDUCATION, INC.