1  AMAR L. THAKUR, CAL. BAR NO. 194025
   JON E. MAKI, CAL. BAR NO. 199958
2  NICOLE M. LEE, CAL. BAR NO. 222344
   CRYSTINA COATS, CAL BAR NO. 234301
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
4  Including Professional Corporations
   12275 El Camino Real, Suite 200
5  San Diego, California 92130
   Telephone:    858-720-8900
6  Facsimile:    858-509-3691
   Email: athakur@sheppardmullin.com
7          jmaki@sheppardmullin.com
           nlee@sheppardmullin.com
8          ccoats@sheppardmullin.com

9  Attorneys for Plaintiff and Counterdefendant
   Bridgepoint Education, Inc.
10

11                UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13

14 | BRIDGEPOINT EDUCATION, INC.,            | CASE NO. 07 CV 2222 IEG (BLM)
15 |                Plaintiff,                | **NOTICE OF APPEARANCE OF CRYSTINA COATS**
16 |        v.                                |
17 | PROFESSIONAL CAREER                      |
   | DEVELOPMENT INSTITUTE, LLC, and          | Courtroom 1, 4th Floor
18 | DOES 1-10, inclusive,                    | Honorable Irma E. Gonzalez
19 |                Defendants.               | Complaint Filed:  November 20, 2007
   |                                          | Trial Date:       None set.
20
21 | PROFESSIONAL CAREER
   | DEVELOPMENT INSTITUTE, LLC,
22 |                Counterclaimant,
23 |        v.
24 | BRIDGEPOINT EDUCATION, INC.,
25 |                Counterdefendant.
26
27
28

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Crystina Coats (Cal. Bar No. 234301) of Sheppard Mullin Richter & Hampton LLP, 12275 El Camino Real, Suite 200, San Diego, California 92130; Telephone: 858-720-8900; Facsimile: 858-509-3691; E-mail: ccoats@sheppardmullin.com is additional counsel of record for Bridgepoint Education, Inc. in this action.

DATED: April 1, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   s/Jon E. Maki
     jmaki@sheppardmullin.com

AMAR L. THAKUR
JON E. MAKI
NICOLE M. LEE
CRYSTINA COATS

Attorneys for Plaintiff and Counterdefendant
BRIDGEPOINT EDUCATION, INC.