1  AMAR L. THAKUR, CAL. BAR NO. 194025
   JON E. MAKI, CAL. BAR NO. 199958
2  NICOLE M. LEE, CAL. BAR NO. 222344
   CRYSTINA COATS, CAL BAR NO. 234301
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
4  Including Professional Corporations
   12275 El Camino Real, Suite 200
5  San Diego, California 92130
   Telephone:   858-720-8900
6  Facsimile:   858-509-3691
   Email: athakur@sheppardmullin.com
7         jmaki@sheppardmullin.com
          nlee@sheppardmullin.com
8         ccoats@sheppardmullin.com

9  Attorneys for Plaintiff and Counterdefendant
   Bridgepoint Education, Inc.
10

11                 UNITED STATES DISTRICT COURT

12                 SOUTHERN DISTRICT OF CALIFORNIA

13

| 14 | BRIDGEPOINT EDUCATION, INC., | CASE NO. 07 CV 2222 IEG (BLM) |
|---|---|---|
| 15 | Plaintiff, | **AMENDED NOTICE OF APPEARANCE OF NICOLE M. LEE** |
| 16 | v. | |
| 17 | PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and | Courtroom 1, 4th Floor |
| 18 | DOES 1-10, inclusive, | Honorable Irma E. Gonzalez |
| 19 | Defendants. | Complaint Filed:  November 20, 2007 |
|    |             | Trial Date:       None set. |
| 20 | | |
| 21 | PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, | |
| 22 | Counterclaimant, | |
| 23 | v. | |
| 24 | BRIDGEPOINT EDUCATION, INC., | |
| 25 | Counterdefendant. | |

26
27
28

-2-

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Nicole M. Lee (Cal. Bar No. 222344) of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111; Telephone: 415-434-9100; Facsimile: 415-434-3947; E-mail: nlee@sheppardmullin.com is additional counsel of record for Bridgepoint Education, Inc. in this action.

DATED: April 4, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  s/Nicole M. Lee
    nlee@sheppardmullin.com

AMAR L. THAKUR
JON E. MAKI
NICOLE M. LEE
CRYSTINA COATS

Attorneys for Plaintiff and Counterdefendant
BRIDGEPOINT EDUCATION, INC.