AMAR L. THAKUR, CAL. BAR NO. 194025
JON E. MAKI, CAL. BAR NO. 199958
NICOLE M. LEE, CAL. BAR NO. 222344
CRYSTINA COATS, CAL BAR NO. 234301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:    858-720-8900
Facsimile:    858-509-3691
Email: athakur@sheppardmullin.com
       jmaki@sheppardmullin.com
       nlee@sheppardmullin.com
       ccoats@sheppardmullin.com

Attorneys for Plaintiff and Counterdefendant
Bridgepoint Education, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 07 CV 2222 IEG (BLM) <br><br> **BRIDGEPOINT EDUCATION, INC.'S PROOF OF SERVICE** <br><br> Complaint Filed:    November 20, 2007 <br> Trial Date:    None set. <br><br> Honorable Irma E. Gonzalez <br> Courtroom 1 |
| PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, <br><br> Counterclaimant, <br><br> v. <br><br> BRIDGEPOINT EDUCATION, INC., <br><br> Counterdefendant. | |

*Bridgepoint Education, Inc. v. Professional Career Development Institute, et al.*,
USDC, Southern District of California Case No. 07-cv-2222-IEG (BLM)

## CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 12275 El Camino Real, Suite 200, San Diego, California 92130-2006. On **April 4, 2008**, I served the following document(s) described as:

**AMENDED NOTICE OF APPEARANCE OF NICOLE M. LEE**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case:

| | |
|---|---|
| Mark T. Drooks, Esq.<br>BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110<br>mtd@birdmarella.com | Attorneys for Defendant<br>PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC |
| James P. Kelly, Esq.<br>Kelly Law Firm, P.C.<br>200 Galleria Parkway, Ste. 1510<br>Atlanta, GA 30339<br>Telephone: (770) 955-2770<br>Facsimile: (770) 859-0831<br>jpk@kellylawfirm.com | Attorneys for Defendant<br>PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC |
| John E. Floyd, Esq.<br>Sarah M. Shalf, Esq.<br>Bondurant, Mixson & Elmore LLP<br>1201 West Peachtree, NW, Suite 3900<br>Atlanta, GA 30309<br>Telephone: (404) 881-4100<br>Facsimile: (404) 881-4111<br>floyd@bmelaw.com<br>shalf@bmelaw.com | Attorneys for Defendant<br>PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC |

-1-

-2-

1  ☒ **BY ELECTRONIC MAIL**: I caused the above-entitled documents to be served through CM ECF addressed to all parties appearing on the CM ECF electronic service list for the above-entitled case. The file transmission was reported as completed and a copy of the CM ECF Filing Receipt will be maintained with the original documents in our office.

☐ **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY**: I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE**: I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 858-509-3691. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY**: I caused this document to be hand-delivered to defendants' counsel, Mark T. Drooks.

☐ **STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 4, 2008**, at San Diego, California.

*Lynn Goldfarb*
Lynn Goldfarb