AMAR L. THAKUR, CAL. BAR NO. 194025
JON E. MAKI, CAL. BAR NO. 199958
NICOLE M. LEE, CAL. BAR NO. 222344
CRYSTINA COATS, CAL BAR NO. 234301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone:    858-720-8900
Facsimile:    858-509-3691
Email: athakur@sheppardmullin.com
       jmaki@sheppardmullin.com
       nlee@sheppardmullin.com
       ccoats@sheppardmullin.com

Attorneys for Plaintiff and Counterdefendant
Bridgepoint Education, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive,<br><br>        Defendants.<br><br>PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC,<br><br>        Counterclaimant,<br><br>v.<br><br>BRIDGEPOINT EDUCATION, INC.,<br><br>        Counterdefendant. | CASE NO. 07 CV 2222 IEG (BLM)<br><br>**AMENDED NOTICE OF APPEARANCE OF CRYSTINA COATS**<br><br>Courtroom 1, 4th Floor<br>Honorable Irma E. Gonzalez<br><br>Complaint Filed:   November 20, 2007<br>Trial Date:   None set. |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Crystina Coats (Cal. Bar No. 234301) of Sheppard Mullin Richter & Hampton LLP, 12275 El Camino Real, Suite 200, San Diego, California 92130; Telephone: 858-720-8900; Facsimile: 858-509-3691; E-mail: ccoats@sheppardmullin.com is additional counsel of record for Bridgepoint Education, Inc. in this action.

DATED: April 4, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     s/Crystina Coats
       ccoats@sheppardmullin.com

AMAR L. THAKUR
JON E. MAKI
NICOLE M. LEE
CRYSTINA COATS

Attorneys for Plaintiff and Counterdefendant
BRIDGEPOINT EDUCATION, INC.