1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11   BRIDGEPOINT EDUCATION, INC.,     )  Case No. 07cv2222-IEG(BLM)
                                      )
12                    Plaintiff,      )
                                      )  **ORDER FOLLOWING MANDATORY**
13   v.                               )  **SETTLEMENT CONFERENCE SETTING**
                                      )  **CASE MANAGEMENT CONFERENCE**
14   PROFESSIONAL CAREER DEVELOPMENT  )
     INSTITUTE, LLC, and DOES 1-10,   )
15   inclusive,                       )
                                      )
16                    Defendants.     )
                                      )
17                                    )
     AND RELATED COUNTERCLAIM.        )
18                                    )

19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

On July 14, 2008 at 9:30 a.m. the Court convened a Mandatory Settlement Conference in the above-entitled action. The parties reached an agreement but did not place the settlement terms on the record.

In order to verify that the parties are progressing in reducing the settlement to writing, the Court will conduct a <u>telephonic, attorneys-only</u> Case Management Conference on **July 25, 2008** at **9:30 a.m.**, or as soon thereafter as the Court's calendar will allow. The Court will initiate the conference call. Failure to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: July 15, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES