UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., <br><br> Plaintiff, <br> v. <br><br> PROFESSIONAL CAREER DEVELOPMENT INSTITUTUE, LLC, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 07cv2222-IEG (BLM) <br><br> **ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

A telephonic Case Management Conference was held in the above case on July 25, 2008 at 9:30 a.m. At this conference, the parties stated that they were finalizing a settlement agreement.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **August 29, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

07cv2222-IEG (BLM)

1  the signed joint motion for dismissal is timely filed, the parties and
2  attorneys are not required to make any further appearances before Judge
3  Major.
4      If the fully executed joint motion for dismissal is not filed by
5  **August 29, 2008**, then all counsel of record and unrepresented parties
6  are required to appear **in person** for a Settlement Disposition Confer-
7  ence. The Settlement Disposition Conference will be held on **September
8  4, 2008** at **9:00 a.m.** in Courtroom A.
9      If counsel of record or any unrepresented party fails to appear at
10 the Settlement Disposition Conference, or the parties fail to file the
11 signed joint motion for dismissal in a timely manner, the Court will
12 issue an Order to Show Cause why sanctions should not be imposed for
13 failing to comply with this Order.
14     All other pending dates before Magistrate Judge Major are hereby
15 vacated. Any matters currently scheduled before the district judge
16 shall remain in effect pending notice from that court.
17     **IT IS SO ORDERED.**
18
19 DATED: July 30, 2008
20
21                                       BARBARA L. MAJOR
                                      United States Magistrate Judge
22
23
24
25
  COPY TO:
26
  HONORABLE IRMA E. GONZALEZ
27 U.S. DISTRICT JUDGE
28 ALL COUNSEL