AMAR L. THAKUR, CAL. BAR NO. 194025
JON E. MAKI, CAL. BAR NO. 199958
NICOLE M. LEE, CAL. BAR NO. 222344
CRYSTINA COATS, CAL BAR NO. 234301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:    858-720-8900
Facsimile:    858-509-3691
Email: athakur@sheppardmullin.com
       jmaki@sheppardmullin.com
       nlee@sheppardmullin.com
       ccoats@sheppardmullin.com

Attorneys for Plaintiff and Counterdefendant
Bridgepoint Education, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC.,<br><br>                Plaintiff,<br><br>      v.<br><br>PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive,<br><br>                Defendants.<br><br>PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC,<br><br>                Counterclaimant,<br><br>      v.<br><br>BRIDGEPOINT EDUCATION, INC.,<br><br>                Counterdefendant. | CASE NO. 07 CV 2222 IEG (BLM)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL OF ACTION**<br><br><br>Honorable Irma E. Gonzalez<br>Courtroom 1 |

1  WHEREAS, plaintiff and counterdefendant BRIDGEPOINT EDUCATION, INC.
2  ("BRIDGEPOINT") and defendant and counterclaimant PROFESSIONAL CAREER
3  DEVELOPMENT INSTITUTE, LLC ("PCDI"), (the "PARTIES") have been ordered to file their
4  joint motion for dismissal of this case by August 29, 2008;
5  WHEREAS, the attorneys of record have completed and approved the Settlement
6  Agreement resolving the action;
7  WHEREAS, certain PCDI client representatives who are needed to approve and sign the
8  Settlement Agreement are traveling or otherwise unavailable, in part as a result of the Labor Day
9  holiday; and
10 WHEREAS, BRIDGEPOINT will hold a meeting of the Board of Directors on Thursday,
11 September 4, 2008 at which time the Settlement Agreement can be ratified by the Board;
12 WHEREAS, the PARTIES hereby jointly seek an extension of time of seven (7) business
13 days to secure the required signatures and to file the dismissal in the action;
14
15 NOW THEREFORE, IT IS HEREBY RESPECTFULLY REQUESTED BY ALL
16 PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL that this Court enter the
17 [Proposed] Order attached below to this Joint Motion, which Order provides for: 1) an extension
18 of time of seven (7) business days to file a dismissal of this action with prejudice, with each
19 PARTY to bear its own respective costs and attorneys' fees incurred in connection with this
20 action.
21
22
23
24
25
26
27
28

-1-

IT IS SO AGREED AND REQUESTED.

DATED: August 29, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      s/ Jon E. Maki
AMAR L. THAKUR
JON E. MAKI
NICOLE M. LEE
CRYSTINA COATS

Attorneys for Plaintiff and Counterdefendant
BRIDGEPOINT EDUCATION, INC.

DATED: August 29, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      s/ Sarah M. Shalf
SARAH M. SHALF
JOHN E. FLOYD

Attorneys for Defendant and Counterclaimant
PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC