UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., <br><br> Plaintiff, <br> v. <br><br> PROFESSIONAL CAREER DEVELOPMENT INSTITUTUE, LLC, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 07cv2222-IEG (BLM) <br><br> **ORDER GRANTING JOINT MOTION AND CONTINUING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** <br><br> [Doc. No. 34] |

On August 29, 2008, the parties filed a joint motion requesting that the Court extend the deadline for filing a joint motion for dismissal by seven business days.  Doc. No. 34.

Good cause appearing, the joint motion is **GRANTED**.  The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **September 10, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day.  If the signed joint

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing

motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **September 10, 2008**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **September 16, 2008** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

DATED:  September 2, 2008

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE IRMA E. GONZALEZ
U.S. DISTRICT JUDGE

ALL COUNSEL

---

Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").