AMAR L. THAKUR, CAL. BAR NO. 194025
JON E. MAKI, CAL. BAR NO. 199958
NICOLE M. LEE, CAL. BAR NO. 222344
CRYSTINA COATS, CAL BAR NO. 234301
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
12275 El Camino Real, Suite 200
San Diego, California  92130
Telephone:     858-720-8900
Facsimile:      858-509-3691
Email: athakur@sheppardmullin.com
          jmaki@sheppardmullin.com
          nlee@sheppardmullin.com
          ccoats@sheppardmullin.com

Attorneys for Plaintiff and Counterdefendant
Bridgepoint Education, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEPOINT EDUCATION, INC., | CASE NO. 07 CV 2222 IEG (BLM) |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and DOES 1-10, inclusive, | Honorable Irma E. Gonzalez Courtroom 1 |
| Defendants. | |
| PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, | |
| Counterclaimant, | |
| v. | |
| BRIDGEPOINT EDUCATION, INC., | |
| Counterdefendant. | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

WHEREAS, plaintiff and counterdefendant BRIDGEPOINT EDUCATION, INC. ("BRIDGEPOINT") and defendant and counterclaimant PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC ("PCDI"), (the "PARTIES") have entered into a Settlement Agreement and Mutual Release (the "Agreement") which resolves the claims and defenses that were or could have been asserted in this action; and

WHEREAS, the PARTIES agree this Court has jurisdiction over the subject matter of this action and over all PARTIES to this action and consent that the Magistrate Judge should retain jurisdiction over the Agreement;

NOW THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED BY ALL PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL that this Court enter an Order which provides for: 1) dismissal of this action with prejudice, with each PARTY to bear its own respective costs and attorneys' fees incurred in connection with this action; and 2) retention of jurisdiction by the Magistrate Judge over the Agreement pursuant to the Consent to Jurisdiction by a United States Magistrate Judge form signed by the PARTIES and their counsel.

///
///
///
///
///
///
///
///
///
///
///

-1-

1

2        IT IS SO STIPULATED.

3

4 DATED:  September 10, 2008

5                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

6

7                     By               s/   Jon E. Maki

8                          jmaki@sheppardmullin.com

9                      AMAR L. THAKUR
                     JON E. MAKI
10                      NICOLE M. LEE
                     CRYSTINA COATS

11                Attorneys for Plaintiff and Counterdefendant
12                BRIDGEPOINT EDUCATION, INC.

13

14 DATED:  September 10, 2008

15                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

16

17                     By               s/   Sarah M. Shalf
18                          shalf@bmelaw.com

19                      JOHN E. FLOYD
                     SARAH M. SHALF
20
               Attorneys for Defendant and Counterclaimant
21              PROFESSIONAL CAREER DEVELOPMENT
                   INSTITUTE, LLC
22

23

24

25

26

27

28

W02-WEST:6NML1\401005833.1               JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE
07cv2222-IEG(BLM)