# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Bridgepoint Education, Inc.,

                       Plaintiff(s)

v.

Professional Career
Development Institute, LLC,

                       Defendant(s)

CONSENT TO EXERCISE OF SETTLEMENT JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE

CASE NUMBER: 07cv2222-IEG (BLM)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Barbara L. Major to decide:

(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,

(2) all disputes arising out of the terms of the settlement agreement once completed;

AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL**. Magistrate Judge Major shall retain jurisdiction for 24 months from the date on which this order is filed.

The parties intend to provide Magistrate Judge Major with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of her authority, Magistrate Judge Major may impose any sanction or penalty she deems appropriate, which, in her sole discretion, she believes is commensurate with the nature and severity of the dispute and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

Signatures / Date

[signature]  9/10/08
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

[signature]  9/10/08
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Barbara L. Major, United States Magistrate Judge, for all settlement proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), FRCP 73 and the foregoing consent of the parties.

9/12/2008
Date

/s/ Irma E. Gonzalez
United States District Judge

08-28-08   16:41   From-BONDURANT MIXSON ELMORE         4048814111         T-064   P.02/02   F-424

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Bridgepoint Education, Inc.,

　　　　　　　　　　　Plaintiff(s)

　　　v.

Professional Career
Development Institute, LLC,

　　　　　　　　　　　Defendant(s)

CONSENT TO EXERCISE OF SETTLEMENT
JURISDICTION BY A UNITED STATES MAGISTRATE
JUDGE AND ORDER OF REFERENCE

CASE NUMBER:   07cv2222-IEG (BLM)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

　　The parties, having settled this case, by signing below further voluntarily consent to the jurisdiction of United States Magistrate Judge Barbara L. Major to decide:
　　(1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
　　(2) all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be FINAL AND BINDING, WITH NO APPEAL. Magistrate Judge Major shall retain jurisdiction for 24 months from the date on which this order is filed.
　　The parties intend to provide Magistrate Judge Major with plenary authority to achieve finality regarding disputes, reduce the risk of future litigation, and provide a venue to solve disputes with a minimum of expense. As part of her authority, Magistrate Judge Major may impose any sanction or penalty she deems appropriate, which, in her sole discretion, she believes is commensurate with the nature and severity of the dispute and resolution thereof. This authority includes, but is not limited to, monetary and/or injunctive relief and discretion to impose sanctions or penalties including imposition of any sanction up to and including contempt of court, pursuant to 28 U.S.C. §636(e).

_Signatures_                                                                    Date

_____                                               8/28/08
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____                                               9/10/08
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____                                               _____
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____                                               _____
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

_____                                               _____
circle one each: (Plaintiff/Defendant) and (Attorney/Client)

## ORDER OF REFERENCE

　　IT IS HEREBY ORDERED that this case be referred to the Honorable Barbara L. Major, United States Magistrate Judge, for all settlement proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), FRCP 73 and the foregoing consent of the parties.

9/12/2008                                           _Anna E. Gonzalez_
Date                                                United States District Judge