1  AMAR L. THAKUR, CAL. BAR NO. 194025
   JON E. MAKI, CAL. BAR NO. 199958
2  NICOLE M. LEE, CAL. BAR NO. 222344
   CRYSTINA COATS, CAL BAR NO. 234301
3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
4  Including Professional Corporations
   12275 El Camino Real, Suite 200
5  San Diego, California  92130
   Telephone:    858-720-8900
6  Facsimile:    858-509-3691
   Email: athakur@sheppardmullin.com
7         jmaki@sheppardmullin.com
          nlee@sheppardmullin.com
8         ccoats@sheppardmullin.com

9  Attorneys for Plaintiff and Counterdefendant
   Bridgepoint Education, Inc.
10

11                 UNITED STATES DISTRICT COURT

12                SOUTHERN DISTRICT OF CALIFORNIA

13

14 | BRIDGEPOINT EDUCATION, INC., | CASE NO. 07 CV 2222 IEG (BLM) |
|---|---|
15 | Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
16 | v. | |
17 | PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, and | |
18 | DOES 1-10, inclusive, | |
19 | Defendants. | Honorable Irma E. Gonzalez<br>Courtroom 1 |
20 | PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC, | |
21 | | |
22 | Counterclaimant, | |
23 | v. | |
24 | BRIDGEPOINT EDUCATION, INC., | |
25 | Counterdefendant. | |

26

27

28

## **ORDER**

Pursuant to and based on the Joint Motion of plaintiff and counterdefendant BRIDGEPOINT EDUCATION, INC. ("BRIDGEPOINT") and defendant and counterclaimant PROFESSIONAL CAREER DEVELOPMENT INSTITUTE, LLC ("PCDI"), (the "PARTIES"), wherein the Parties have entered into a Settlement Agreement and Mutual Release (the "Agreement") which resolves the claims and defenses that were or could have been asserted in this action and the Parties agree this Court has jurisdiction over the subject matter of this action and over all Parties to this action and the Magistrate Judge should retain jurisdiction over the Agreement, IT IS HEREBY ORDERED THAT:

1. The Complaint and Counterclaim in this action are dismissed with prejudice, and each PARTY shall bear its own respective attorneys' fees and costs incurred in connection with this action.

2. The Magistrate Judge shall retain jurisdiction over the Agreement referred to in the PARTIES' Joint Motion.

IT IS SO ORDERED:

DATED: 9/12/2008

_____
HONORABLE IRMA E. GONZALEZ
United States District Court Judge